U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 MAR 28 PM 3: 23

CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2:19-cr-52-1 |
| | ) |
| BERNARD ROUGEAU | ) |

## INDICTMENT

The Grand Jury charges:

On or about October 18, 2018, in the District of Vermont, the defendant BERNARD ROUGEAU knowingly possessed in and affecting interstate commerce a firearm, that is, an Armas Erbi S.C.I. Elgoibar Model England 12 gauge shotgun bearing serial number 51516, after having been convicted of a crime punishable by a term of imprisonment exceeding one year.

(18 U.S.C. § 922(g)(1))

A TRUE BILL

FOREPERSON

Christina E. Nolan (SJW)
United States Attorney
Burlington, Vermont
March 28, 2019