U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 AUG 19 AM 9: 32

CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:19-cr-52 (WKS) |
| ) | |
| BERNARD ROUGEAU ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On or about October 18, 2018, in the District of Vermont, the defendant BERNARD ROUGEAU, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, that is, an Armas Erbi S.C.I. Elgoibar Model England 12 gauge shotgun bearing serial number 51516.

(18 U.S.C. § 922(g)(1))

CHRISTINA E. NOLAN (SJW)
United States Attorney
Burlington, Vermont
August 19, 2019